UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:04-00054 |
| | ) | JUDGE CAMPBELL |
| JAMON HESTER | ) | |

ORDER

Pending before the Court is the Government's Motion for Substitution of Counsel (Docket No. 22). The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE