# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

UNITED STATES OF AMERICA
**V.**

JAMON ANTONIO HESTER

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:     3:04-00054
USM Number:     16441-075

Michael C. Holley
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s) __One (1)__ of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state or local crime | 9/10/12 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __9216__

Defendant's Year of Birth: __1979__

City and State of Defendant's Residence:
__Nashville, TN__

May 13, 2013
Date of Imposition of Judgment

*/s/ Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

May 13, 2013
Date

AO 245D    (Rev. 12/07 Judgment in a Criminal Case for Revocations
           Sheet 2 – Imprisonment

DEFENDANT: JAMON ANTONIO HESTER  
CASE NUMBER: 3:04-00054  
Judgment — Page 2 of 2

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __twenty-four (24) months__

A one year period of Supervised Release is also imposed on the same conditions imposed in the original judgment entered on July 29, 2004 (Docket No. 18).

__X__ The Court makes the following recommendations to the Bureau of Prisons:

1. Credit for time served since state arrest and detention on September 10, 2012.

__X__ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

   ____ at _____ p.m. on _____

   ____ as notified by the United States Marshal.

____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   ____ before 2 p.m. on _____

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
Deputy United States Marshal